IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHAWN TAREE SILLS,
    Plaintiff,

v.                                                        Civil Action No. 3:18-cv-320-JAG

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,
    Defendant.

## FINAL ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge entered on September 19, 2018. (Dk. No. 12.) The time to file objections has expired and neither party has objected to the Report and Recommendation. Accordingly, the Court ORDERS as follows:

(1)    The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court. (Dk. No. 12.)

(2)    The defendant's Motion to Dismiss for Lack of Prosecution is GRANTED. (Dk. No. 10.)

(3)    The plaintiff's Complaint is DISMISSED with prejudice. (Dk. No. 3.)

(4)    This case is CLOSED.

Let the Clerk send a copy of this Final Order to the pro se plaintiff at his address of record and to all counsel of record.

It is so ORDERED.

Date: October 5, 2018
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge